UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.                                    Case No. 21-cr-474

JOSHUA MUNN

## ENTRY OF APPEARANCE FOR DEFENDANT JOSHUA MUNN

To the Clerk of the Court:

    Please enter my appearance as appointed counsel for Joshua Munn in this case effective this date.

                                        Respectfully submitted,

                                        /s/ Richard S. Stern
                                        _____
                                        RICHARD S. STERN
                                        D.C. Bar No. 205377
                                        932 Hungerford Drive #37A
                                        Rockville, MD 20850
                                        301-340-8000
                                        Email:  rssjrg@rcn.com
                                        Attorney for Mr. Joshua Munn

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I have electronically served all counsel of record on July 20, 2021.

                                        /s/ Richard S. Stern
                                        _____
                                        RICHARD S. STERN