Joshua Munn

08/04/2022

Apology letter

This letter is to explain how I understand and regret my actions on January 6th 2021. With this case being brought forward it has allowed me to see how my actions were in no way acceptable or responsible. I did not want to go to the Trump rally on January 6th, because I was in the process of trying to move to Wisconsin and had just landed a job that started the following Monday January 11th working at a burger shop in Borger TX.  However after a few different discussions with my parents finally convinced me it would be a awesome opportunity to see a presidential farewell and to have a family trip before I moved back North. Unfortunately it did not go like that, after Donald Trump had finished his speech the crowd started marching towards the capital. At this point I was already in pain, my back hurt from carrying a backpack of water and snacks and my legs were tired of standing and walking. When we finally arrived at the Capitol I thought we were going to get a few photos and then head back to the hotel. That is when I noticed my father climbing through the window, I had a moment to think and even had the thought that this is a bad idea and I should not do it. I ignored my instinct and continued with the family, after wondering around for a little bit our family decided to leave the Capitol building. It was then we headed back to the hotel, at the hotel I made a few messages to a friend that the police were aggressive and trying to incite violence. After a while I realized that what I had said to my friend was nothing more than me trying to seem like I was a big tough guy. That is not who I am though, and I regret trying to make myself appear as anything different. I am a person who wants to wake up in the morning go to work come home play video games and maybe beer pong with my buddies on the weekend, I have no interest in politics and nor do I see myself in the future gaining an interest in it. I would just like to be able to get this put behind me and be able to start moving forward with my life. In the past year I have had little to no contact with my family down in Texas, and have been just focused on getting my life on track. In order for me to get my life on track means that I have to take responsibility and accept what I have done. I know what I did was wrong and I know why it is wrong therefore there is no excuse on why I did it. I would be lying if I said I was not scared for my punishment, but I do believe that it is important for one to be able to accept responsibility for their actions and to do so means to accept whatever punishment the courts have finds. I hope this letter helps to show how sorry I am and how I regret my actions, I am truly sorry and hope this helps with your decision today.

Sincerely Joshua Munn

**EXHIBIT 1**