UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.                                                    Case No. 21-cr-474

JOSHUA MUNN

## JOSHUA MUNN'S RESPONSE TO COURT'S ORDER OF SEPTEMBER 30, 2022

Comes now the defendant Joshua Munn, by and through counsel, pursuant to the Court's Minute Order dated September 30, 2022 to state that he does not object to any of the photo and video evidence revealed as of this date being be made publicly available without restriction.

Respectfully submitted,

/s/ Richard S. Stern
_____
RICHARD S. STERN
D.C. Bar No. 205377
932 Hungerford Drive #37A
Rockville, MD 20850
301-340-8000
Email:  rssjrg@rcn.com
Attorney for Mr. Joshua Munn

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically served all counsel of record on October 7, 2022.

/s/ Richard S. Stern
_____
RICHARD S. STERN

1