# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. 21-cr-00474-BAH |
| ) | |
| **JOSHUA MUNN** ) | |
| ) | |
| **Defendant** ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Joshua Munn


Dated: August 30, 2023                Respectfully Submitted,

                                      /s/ William L. Shipley
                                      William L. Shipley, Jr., Esq.
                                      PO BOX 745
                                      Kailua, Hawaii 96734
                                      Tel: (808) 228-1341
                                      Email: 808Shipleylaw@gmail.com

                                      *Attorney for Defendant*